Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Middle_ District of _Florida_

_Ocala_ Division

Shaun Patrick Stewart
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

See attached
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:24-CV-491 WWBP
*(to be filled in by the Clerk's Office)*

SEP 9 2024 AM11:58
FILED - USDC - FLMD OCA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Trt                                                    DL-1

Defendants

Ron Desantis,

Sarasota County Sheriff,

Sarasota County Jail Warden,

Samsota County,

Deputy - 12 CF 1635,

Director

Sumter County,

Sheriff Bill Farmer,

Cptn. Ried,

Cptn. Locheaie,

Cptn. Walsh,

Lt. Strickland,

Lt. Hayes,

Lt. Hollis,

Deputy Strickland,

Deputy Landers,

Deputy Penn,

Deputy Dudzinski,

Deputy Ortloff,

Deputy Munsey,

DSS strickland - Reynolds,

All unkown named DSS Workers (2/13/21 - 3/1/24)

NFETC Director,

TCFTC Director,

Trt                                                                    DL-2

North Florida Evaluation & Treatment Center 'NFETC'

Treasure Coast Forensic Treatment Center 'TEFTC'

Aspire Health Partners

Trt

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Shaun Patrick Stewart |
| All other names by which you have been known: | |
| ID Number | |
| Current Institution | |
| Address | |

City    State    Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (*if known*) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ron Desantis |
| Job or Title (*if known*) | Governor |
| Shield Number | |
| Employer | State of Florida |
| Address | 400 S Monroe St |
| | Tallahassee    FL    32399 |

City    State    Zip Code

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Sarasota County Sheriff |
| Job or Title (*if known*) | Sheriff |
| Shield Number | 2071 Ringling Blvd. |
| Employer | Sarasota County Sheriff's Office |
| Address | |
| | Sarasota    FL    34237 |

City    State    Zip Code

☒ Individual capacity    ☒ Official capacity

Trt                                                                    D-1

Defendant No. 5
Deputy – 12CF1635
LFO
North Port Police Department
4980 City Hall Blvd. North Port, Fl 34286
Individual & Official Capacity

Defendant No. 6
Director – Aspire Health Partners
mental Health Facility Director (orlando, FL)
Aspire Health Partners
1800 mercy Dr. Orlando, FL 32808
Individual & Official capacity

Defendant No. 7
Sumter County
8033 E County Rd 466 Lady Lake, FL 32162
Individual & Official Capacity

Defendant No. 8
Bill Farmer
Sheriff
Sumter County Sheriff's Office
7361 Powell Road Wildwood, FL 34785
Individual & Official Capacity

Trt

Defendant No. 9
Cptn. Ried
Jail Captain
Sumter County Jail
219 E Anderson Ave. Bushnell, FL 33513
Individual & Official Capacity

Defendant No. 10
Cptn. Locherie
Jail Captain
Sumter County Jail
219 E Anderson Ave. Bushnell, FL 33513
Individual & Official Capacity

Defendant No. 11
Cptn. Walsh
Jail Captain
Sumter County Jail
219 E Anderson Ave. Bushnell, FL 33513
Individual & Official Capacity

Defendant No. 12
Lt. Strickland
Jail Lt.
Sumter County Jail
219 E Anderson Ave. Bushnell, FL 33513
Individual & Official Capacity

Trt

Defendant No. 13
Lt. Hayes
Jail Lt.
Sumter County Jail
219 E Anderson Ave. Bushnell, FL 33513
Individual & Official Capacity

Defendant No. 14
Lt. Hollis
Jail Lt.
Sumter County Jail
219 E Anderson Ave. Bushnell, FL 33513
Individual & Official Capacity

Defendant No. 15
Deputy Strickland
LEO
Sumter County Jail
219 E Anderson Ave. Bushnell, FL 33513
Individual & Official Capacity

Defendant No. 16
Deputy Landers
LEO
Sumter County Jail
219 E Anderson Ave. Bushnell, FL 33513
Individual & Official Capacity

Trt

Defendant No. 17

Deputy Penn

LEO

Sumter County Jail

219 E Anderson Ave. Bushnell, FL 33573

Individual & Official Capacity


Defendant No. 18

Deputy Dudzinski

LEO

Sumter County Jail

219 E Anderson Ave. Bushnell, FL 33573

Individual & Official Capacity


Defendant No. 19

Deputy Ortloff

LEO

Sumter County Jail

219 E Anderson Ave. Bushnell, FL 33573

Individual & Official Capacity


Defendant No. 20

Deputy Munsey

LEO

Sumter County Jail

219 E Anderson Ave. Bushnell, FL 33573

Individual & Official Capacity

Trt

Defendant No. 21
DSS Strickland-Reynolds
DSS Worker
Sumter County Jail
219 E Anderson Ave. Bushnell FL 33513
Individual & Official Capacity

Defendant No. 22
All unknown named DSS workers (2/13/21 - 3/1/24)
DSS worker
Sumter County Jail
219 E Anderson Ave. Bushnell, FL 33513
Individual & Official Capacity

Defendant No. 23
NFETC Director
Mental Health Facility Director
North Florida Evaluation & Treatment Center
1200 NE 55th Blvd Gainesville, FL 32641
Individual & Official Capacity

Defendant No. 24
TCFTC Director
Mental Health Facility Director
Treasure Coast Forensic Treatment Center
965W Allapattah Rd Indiantown, FL 34956
Individual & Official Capacity

Trt

Defendant No. 25
North Florida Evaluation & Treatment Center 'NFETC'
Department of Children & Families
1200 NE 55th Blvd Gainesville, FL 32641
Individual & Official Capacity


Defendant No. 26
Treasure Coast Forensic Treatment Center
Department of Children & Families
96 SW Allapattah Rd Indiantown, FL 34956
Individual & Official Capacity


Defendant No. 27
Aspire Health Partners
1800 Mercy Dr. Orlando, FL 32808
Individual & Official Capacity

*Trt*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                 *Sarasota County Jail Warden*
    Job or Title *(if known)*   *Warden*
    Shield Number
    Employer          *Sarasota County Jail*
    Address

         *Sarasota*         *FL*
            City            State         Zip Code
    ☒ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name                 *Sarasota County*
    Job or Title *(if known)*
    Shield Number
    Employer
    Address           *1660 Ringling Blvd*
         *Sarasota*        *FL*       *34236*
            City            State         Zip Code
    ☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    *1st, 6th, 8th, 14th Sec. 1 Amendments; Conspiracy.*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Trt

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Denial of water to drink, bathe, & a functional toilet; Torment, torture, & Abuse; Death threats to obstruct justice, force a guilty plea, & deny equal protection of law; Torture & Abuse to obstruct justice, deny equal protection of law, & manufacture criminal charges; Denial of external communication to bond out; Denial of all hygiene products; Chemicals in food; Roaches in kitchen & food; No recreation & sunlight time.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Sarasota County Jail; 11/8/17.
State Mental Health Facility Orlando, FL
Sumter County Jail; 7/13/21-current.
NFETC: 2023.
TCFTC; 7/11/24-current.

Trt

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

Sarasota County Jail; starting roughly 11/28/19, continuing weeks.
State mental Health Facility, Orlando, FL.
Sumter County Jail; 2/13/21-current!
NEETC; 2/9/23,
TCFTC; 7/11/24 - current.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Sarasota County Jail; Pain & Suffering; Forced guilty plea; & wrongful con-
viction; Denial of safety from organized crime; unlawful incarceration.
State Mental Health Facility, Orlando, FL: Pain & suffering.
Sumter County Jail: Unlawful incarceration; 3 illegal prosecuted criminal cases;
pain & extreme suffering; Loss of my family, business, all assets/items,
good reputation, & forced homelessness; Facing 15 years in prison illegally.
NEETC: Pain & Suffering.
TCFTC: Pain & Suffering.
Sumter County continued: Extreme teeth decay, endless cavities, discoloration.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attached.

Trt                                                                    SC-1

IV. Statement of Claim

D.   My claim below is the result of being submitted as a target of the largest organized crime entities in the state & country; that operate via civilians, top-ranked & select state actors, & conspire by proxy with hardcore civilian mafia & gang entities; to carryout a newer form of organized crime called the 'targeted-individual', & scripted every-mafia-target orders used to eliminate each victim. The end result ranges from forced, forever homelessness, to hands-clean murder; with the latter being the desired result. Some of these scripted every-mafia-target orders include: (1) Illegal every-device, GPS, banking, & drone surveillance; (2) Organized criminal framing starting via women, under-age girls, children, drugs, & trafficking; (3) Law Enforcement no-service, no crime is being responded to; (4) Corporation no-service, that includes denial of cash withdrawals from your own account; (5) Civilian/state gang-stalking, hardcore mafias/gangs direct stalking via tens-thousands of individuals, & an immediate arrest if you speak of it — the intent is to induce trauma; (6) Travelling-to-every-target false state actors, operating state & nation-wide, wrongfully arresting & prosecuting each target, & then vanish from the country; (7) Denial of all legal representation via state no-service, & civilian attorney murder threats; (8) Fraudulent health evaluations; (9) Never allow trial; (10) Creating long-term state kidnapping via fraud health evals, illegally revoked bonds, stripping you of all legal rights, & never allowing communication with your attorney & due process; (11) A jail-kidnap upon arrival, followed by 24/7 torture; — and many more tactics.

Trt                                                                                              SC-2

As an almost 15 year investigator, & active target of organized crime via civilian & state actors, I can confirm the previous statement to be true. This case directly pertains to the torment, torture, abuse, & threats carried out on all targets in state facilities; via the target information & scripted orders, communicated by the civilian coordinators of this activity; to Sheriffs, police chiefs, wardens, & mental health facility directors, & who all agree to instruct their staff to carry out these actions; then leads to trickle-down staffwide corruption targeting the victim continuously, via the agreements made by the defendants, & staff in general to carry out these requested actions. My time as an almost 15 year statewide target & beyond, & my current 3.5 years & counting of illegal incarceration, has enabled me to confirm that my complaint is a undocumented custom & practice of the defendants; pertaining to low-level state targets, & civilian/state organized crime victims, & I've gathered a list of names of individuals who've experienced these same tactics. My time in state facilities such as jails, & mental health institutions, was always initiated via civilian/state organized criminal framing, or an outright kidnap arrest via an illegal baker act, when criminal framing wasn't an option.

Trf                                                    SC-3

Mafia targeting instances & facilities


1A) Sarasota County Jail
• Wrongfully putting me in a suicide vest (skirt) upon arrival.
• Never allowing me access to hygiene products, & shower.
• Daily 'plead guilty', 'no feds', & 'don't sue' murder threats.
• Never allowing me a phone call to bond out.
• Staging a group of inmates to target me.
• Providing illegally obtained surveillance data of me to inmates.
• Repeated daily murder threats of my relatives.
• 24/7 mental torture via mafia controlled inmates & deputies.
• Forcing me to stop eating for days, to obtain any legal rights.
• Promising rewards to inmates for criminal dirt on me.
• Instructing inmates to act as if they'd kill me if I slept.


These actions were carried out by the arresting officer & select jail staff, & they agreed to do this on behalf of the Sheriff, Warden, & the mafia actors targeting me.


1B) State mental health Facility
• Allowing civilian mafia in the building to threaten my family.


Over the years I'd learn, these civilian mafia actors can access any secure state building at any time, & is a ...

Trf

SC-4

scripted every-mafia-target custom & practice to threa-
ten the life of victims, in any state facility they are at.
State actors agreed to allow these civilians to enter & leave
this facility at-will, in a place this is not allowed, for the
purposes of threatening me.

2) State Mental Health Facility Orlando, FL — *Aspire Health*
• Putting violent residents in my room to attack me.
• Injecting me with meds only, when violent residents get angry.
• Refusing to provide service for a life-long medical condition.

3) State Mental Health Facility Orlando, FL — *Aspire Health*
• Placing me, a non-inmate, in a inmate only building.
• Placing a violent inmate in my room to attack me, via a ~~inmate~~
  non-inmate building I was housed in.
• Refusing to provide service for a life-long medical condition.

~~4)~~ These actions were carried out by the health facility staff, &
they agreed to do this on behalf of the facility director; who
agreed to instruct their staff to carry out these actions on be-
half of civilian/state organized crime actors.

Trf                                                                                          SC-5

5A) Sumter County Jail

- Not allowing access to hygiene products, a functional toilet, water to drink & shower for a week, to weeks, & for months at a time.
- Installing a rig to make the shower turn on & off by itself; on for seconds, then off for minutes.
- Installing a rig to pull in a chemical into the shower water, & burned my skin.
- No toothbrush for months, causing endless cavities/discoloration.
- Over 100° jail cells for 3+ months with no air flow, then again for a week every holiday; due to purposely shutting off the A/C, & keeping the exhaust fans off.
- Raising the water pressure to peel my skin off, & did.
- Shutting off the hot water in every location I'm housed.
- Keeping the A/C between 45°-55°; for extreme torture, & no way to stay warm.
- Leaving a roach killer residue on the food trays for 6-9 months; causing the food to taste like the chemicals we were forced to ingest; after the kitchen & ready-to-serve trays become overrun with roaches daily.
- Not providing outside recreation for felony inmates, as in no sunlight, ever.
- Only proving enough soap for 2 showers per week for indigent inmates; not keeping the buildings stocked with soap, & refusing...

Trt                                                                         SC-6

to provide soap for target inmates.

- Forcing me to starve or have severe health issues, due to forcing me to eat food I cannot; due to upper & lower intestinal disease. Partly due to staff not caring to accomodate inmate health issues, & partly due to being a staff no-service target.

- Carrying out daily 'plead guilty', & 'no feds', murder & family targeting threats.

- Allowing civilian mafia in the jail to intimidate me, & threaten my life for my court statements, & any intentions I have to contact the 'feds'.

- Keeping me on 24 hour lockdown illegally for roughly 4 months, from the moment I arrived in jail.

- Keeping me on 23-24 hour lockdown illegally for almost 1 year.

- Repeatedly submitting false "I-want-to-kill-myself"claims, to mani-pulate living conditions, & make them bad as possible.

- Attempting to enforce a 'no talking allowed' rule, or face punish-ment.

- No books, no TV, simultaneous with 23-24 hour lockdown; with staff going out of their way to ensure these living conditions.

- As of recently, siezing everyones clothing & hygiene products, including from indigent inmates; then torturing inmates with 45-55° A/C, & not providing soap to bathe or a toothbrush.

- Putting me, the most business professional inmate, in the worst & 'gang-member only' pod; with the intent of being physically harmed, ...

Trt

SC-7

& this is how it played out almost immediately; staff also wanted to manufacture more jail charges by any means, & is (why) when I told staff I was in the process of being jumped by gang members, they forced me back into the cell, & wouldn't allow me to move. Deputy Reale & Lockwood would later attempt to convince an inmate to attack me, & it became common knowledge that whoever was willing to harm me, and/or manufacture charges against me, could be rewarded.

- Training each DSS worker working in the 'bubble', to torture targets.
- Never allowing me a phone call to bond out.
- Refusing to provide the necessary soap to bathe for 3 years.


As a 4-time civilian/state mafia target previously, I roughly knew what to expect; however, as I've been incarcerated 3+ years & counting, I'd learn that these tactics are also carried out on staff & state targets, at a lesser degree, & without the full menu that is applied to an organized crime target. This activity meets the criteria of being a custom & a practice of jail staff, making the county liable for damages. Upon receiving my information as a mafia target, via civilian coordinators of this activity; Sheriff Bill Farmer, Jail Cptn. Ried, Lt. Strickland, Supervisor of State Attorney's William Gladson, & others all agreed to carry out scripted every-mafia-target...

Trt                                                      SC-8

orders that resulted in my complaint; instructing their staff
to carry out this activity, & led to all defendants agreeing
to carry out the actions I mentioned in my claim. All Sum-
ter County Jail defendants in this claim either ordered, coor-
dinated, or knew about this activity, & it was their job to stop
it; and those who knew about this activity, agreed to do noth-
ing about it. Jail staff siezed the original statement for this
case so I couldn't submit it to the court; it contains more re-
fined information, & will be sent at a later date once I
obtains my stolen/siezed court documents. The Sumter
County claim applies to the following defendants: B. Farmer,
Cptn. Ried, Lt. Strickland, Cptn. Lockerie, Lt. Hayes, Cptn. Wal-
sh, Lt. Hollis, Deputy Penn, Deputy Dudzinski, Deputy Munsey,
Deputy Strickland, DSS Strickland-Reynolds, Deputy Landers,
Deputy Ortloff, All unknown named DSS workers (2/13/21-3/1/24).


5B) North Florida Evaluation & Treatment Center 'NFETC'
• Moving me from the best building in the campus, where
staff, I, & residents got along great; to the worst building in
the campus, filthy with urine covered floors, & directly across
the most violent person on campus, attempting to trigger a
situation where I'm attacked.
• Staff purposely making sure I could never sleep 24 hours a day.

Trt

SC-9

Due to the state forging mental competency evaluations I didn't take, I'm sent to 'NFETC'. Upon my arrival, I'm interviewed & put in the best building; howevever, once staff is informed I'm a mafia target, that changes & I'm moved to the worst, & most filthy building on campus. A building that smells like a urinal that's never been cleaned, & a staff that was purposely keeping me awake 24 hours a day for targeting purposes; it become physical & mental torture, & that was the intent. You see an obvious pattern here within state facilities, making abuse a custom & practice regarding state targets. Just like every other targeting instance, the person in charge of the facility, receives my name as a target, in this case the director, & agreed to act corruptly pertaining to me, & to instruct their staff to do so as well; staff agreed to comply, & abuse me.

5C) Treasure Coast Forensic Treatment Center 'TCFTC'
• Targeting me with 50° A/C continuously.
• Bringing in nothing but violent people in the pod since my arrival.

The state forged another competency evaluation, & I'm sent to TCFTC. The director & staff are quickly notified I'm a mafia target via civilians, & all agreed to target & abuse me. I'm forced to wear 3 sweat shirts, & still ice cold; I'm shivering all day & night, cannot sleep.

Trt                                          SC-10

Ron Desantis

Select target inmates are being tortured & abused, with no form of recourse; via the facilities the state forces them to be housed in.

Trt

SC-11

## Prosecution Time Limit

The civilian/state organized crime & arrest targeting instances involved; repeated threats of murder & family targeting if I sued or spoke with federal law enforcement; using continuous illegal electronic surveillance to repeatedly pull me over, or run me off the road to threaten me, & even attempting to crash my car, & not letting me leave until I say I won't sue or talk to federal law enforcement — actions via LEOs, & a Sheriff or Police Chief; threatening to come after my family again, & submit me as a mafia target again, if I tell anyone/federal-entities what's been done to me; and in this current instance, sending civilian mafia, who would later be allowed in the jail, to notify that if I don't quietly die via my scheduled murder, & tell anyone/federal-entities about who is doing this to me, my relatives are going to be targeted via the state(s), & have their kids taken away, arrested, etc. You can't do these things to stop federal lawsuits. Jail staff in Sumter County has been siezing all of my mail for 2+ years, including my federal civil rights civil complaints. The prosecution time limit does not apply.

# V Relief

- All Defendants: (1) Acknowledge my claims via public statement, via all available formats, & in a way that I approve; (2) Stop abusing & threatening me, & other targets.

- Governor Ron Desantis: (1) Provide an agreeable resolution for targets to escape these practices; (2) Consider revoking the LEO licenses of all defendants.

- Sumter County: (1) Provide outdoor recreation as required; (2) Have the Health Department inspect the kitchen bug problem; (3) Provide proper hygiene for indigent inmates.

Trt                                                    R-2

- Sarasota County Sheriff
- Compensatory: $15,000,000
- Punitive: $15,000,000

- Sarasota County Jail Warden
- Compensatory: $15,000,000
- Punitive: $15,000,000

- Sarasota County
- Compensatory: $30,000,000

- Deputy - 17CE1635
- Compensatory: $25,000,000
- Punitive: $25,000,000

- Director of Aspire Health Partners
- Compensatory: $20,000,000
- Punitive: $20,000,000

- Sumter County
- Compensatory: $50,000,000

- Sheriff Bill Farmer
- Compensatory: $25,000,000
- Punitive: $25,000,000

Trt

R-3

- Cptn. Ried
  - Compensatory: $25,000,000
  - Punitive: $25,000,000

- Cptn. Locherie
  - Compensatory: $10,000,000
  - Punitive: $10,000,000

- Cptn. Walsh
  - Compensatory: $10,000,000
  - Punitive: $10,000,000

- Lt. Strickland
  - Compensatory: $25,000,000
  - Punitive: $50,000,000

- Lt. Hayes
  - Compensatory: $15,000,000
  - Punitive: $30,000,000

- Lt. Hollis
  - Compensatory: $10,000,000
  - Punitive: $10,000,000

Trt

R-4

- Deputy Strickland
  - Compensatory: $15,000,000
  - Punitive: $15,000,000

- Deputy Landers
  - Compensatory: $5,000,000
  - Punitive: $5,000,000

- Deputy Penn
  - Compensatory: $15,000,000
  - Punitive: $15,000,000

- Deputy Dudzinski
  - Compensatory: $15,000,000
  - Punitive: $15,000,000

- Deputy Ortloff
  - Compensatory: $5,000,000
  - Punitive: $10,000,000

- Deputy Munsey
  - Compensatory: $20,000,000
  - Punitive: $20,000,000

Trt

R-5

• DSS Strickland—Reynolds
  – Compensatory: $15,000,000
  – Punitive: $15,000,000

• All unknown named DSS Workers
  – Compensatory: $5,000,000
  – Punitive: $5,000,000

• NFETC Director
  – Compensatory: $10,000,000
  – Punitive: $10,000,000

• TCETC Director
  – Compensatory: $3,000,000
  – Punitive: $3,000,000

• NFETC
  – Compensatory: $20,000,000

• TCFTC
  – Compensatory: $6,000,000

• Aspire Health Partners
  – Compensatory: $20,000,000

*Trt*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes Sarasota County Jail, Sumter County Jail, NFETC, TCFTC

☒ No State Mental Health Facility Orlando, FL

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes Sumter County Jail, NFETC, TCFTC

☒ No Sarasota County Jail

☐ Do not know

If yes, which claim(s)?

Torture, Death Threats

Trf

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes *Sumter County Jail, NFETC TCFTC*

☒ No *Sarasota Jail*

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

*Sumter County Jail: Kiosk*
*NFETC & TCFTC: Mail dropbox at facility*

2.  What did you claim in your grievance?

*Everything in my statement*

3.  What was the result, if any?

*None.*

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

*No appeal process exists.*

Trt

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

*Sarasoty Jail: I left & bonded out when I gained Kiosk access.*

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*Entire staff Already knew*

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*As a state organized crime target, no one cares.*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

 Yes— *1 strike*

 No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*Middle District FL, 7/1/24, 5:23-cv-607*

Trt

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes *Attn Judge: I mailed this case to the court once*
☒ No *before along with 6 other cases, but I never received any paperwork on this 1 case. So if the court filed it, I'm not aware.*

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
       Plaintiff(s)    N/A
       Defendant(s)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Page 9 of 11

Trt

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

*See Attached*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

1 Stewart v State of Florida et al                    Dismissed for not using
2 Middle District Florida                             correct forms
3 5:22-cv-623
4 Wendy W Berger
5 2022
6 No, 12/9/22
7 Dismissed, was told to File Habeas Corpus

1 Stewart v Sumter County Detention Center, et al
2 Middle District Florida
3 5:23-cv-292
4 Unknown
5 2023
6 No, unknown
7 Dismissed, no appeal

1 Stewart v State of Florida et al                    Dismissed for not using 1983
2 Middle District Florida                             forms .
3 5:23-cv-350
4 John L Badalamenti
5 2023
6 No, 6/20/23
7 Dismissed, No appeal Filed

1 Stewart v Ried, et al                               Dismissed for missing date to
2 Middle District Florida                             amend, appeal in process—
3 5:23-cv-607                                         1 strike
4 Sheri Polster Chappell
5 2023
6 No, 7/1/24
7 Dismissed, appeal was Filed & pending

1 Stewart v State of Florida et al                    Dismissed for not notifying the
2 Middle District Florida                             court of past cases
3 5:24-cv-334
4 Julie S Sneed
5 2024
6 No, 8/19/24
7 Dismissed, no appeal filed

1 Stewart v Sumter County et al
2 Middle District Florida
3 5:24-cv-335
4 Paul G. Byron
5 2024
6 No, 8/14/24
7 Dismissed, no appeal filed.

Dismissed for not notifying
Court of past cases

1 Stewart v Desantis et al
2 Middle District Florida
3 5:24-cv-337
4 William F Jung
5 2024
6 No, 8/16/24
7 Dismissed, no appeal filed

1 Stewart v State of Florida et al
2 Middle District Florida
3 5:24-cv-338
4 Mary S. Scriven
5 2024
6 No, 8/19/24
7 Dismissed, no appeal filed

1 Stewart v Sumter County FL et al
2 Middle District Florida
3 5:24-cv-341
4 John L Badalamenti
5 2024
6 No, 8/16/24
7 Dismissed, no appeal filed.

1 Stewart v Sumter County FL et al
2 Middle District Florida
3 5:24-cv-342
4 William F Jung
5 2024
6 No, 8/16/24
7 Dismissed, no appeal filed.

TH

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  8/29/24

Signature of Plaintiff  Shaun Stewart

Printed Name of Plaintiff  Shaun Patrick Stewart

Prison Identification #  SCSO21JBN000440

Prison Address  219 E Anderson Ave

Bushnell                    FL        33513
_____City_____State_____Zip Code

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____
_____City_____State_____Zip Code

Telephone Number  _____

E-mail Address  _____



SCREENED
By USMS

Shawn Stewart
219 E Anderson Ave.
Bushnell, FL 33513

Delivery Address:
Clerk of Court
207 NW Second Street, Room 337
Ocala, FL 34475-6666

Originated from the Sumter County Jail



9534 6141 6141 4250 5999 26



Retail

UNITED STATES
POSTAL SERVICE.

US POSTAGE PAID

**G**

$0.00

Origin: 33513
09/06/24
1112300140-11

USPS GROUND ADVANTAGE™

2 Lb 9.50 Oz

RDC 01